422 A.2d 1173

Thomas et ux. v. Benko et ux. and Bryan.

Appeal of Benko et ux.

Argued April 10, 1979. Louis Vaira, for appellants; Ronald L. Muha, for appellees Benko.

Before PRICE, HESTER and MONTGOMERY, JJ.

The order of the lower court is affirmed. The court is directed to try the equity action prior to the trial of the trespass action.

September 28, 1979.

422 A.2d 1173

Commonwealth v. Clark, Appellant.

Argued June 7, 1979. Ronald Cassidento, for appellant; John E. Gallager, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment of sentence affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.